IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SADIE B. SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> ARMSTRONG INTERNATIONAL, INC., et al., <br><br> Defendants. | C/A No. 1:20-cv-00921 |

**JOINT MOTION TO DISMISS**

Pursuant to Rule 41of the Federal Rules of Civil Procedure, Plaintiff, through undersigned counsel, with the consent of the listed Defendants, hereby moves, stipulates and agrees to dismiss all claims against Defendants Daniel International Corporation, Fluor Daniel Services Corporation, Fluor Enterprises, Inc., and Fluor Constructors International Inc. on behalf of itself and the incorrectly named defendant Fluor Constructors International, f/k/a Fluor Corporation, without prejudice and with each party to bear its own costs.

| WE SO MOVE: | WE CONSENT: |
|---|---|
| /s/ Shawna Forbes-King | /s/ Moffatt G. McDonald |
| Shawna Forbes-King, Esq. | Moffatt G. McDonald |
| DEAN OMAR BRANHAM, LLP | mmcdonald@hsblawfirm.com |
| 302 N. Market Street, Ste. 300 | W. David Conner |
| Dallas, TX 75202 | dconner@hsblawfirm.com |
| sking@dobslegal.com | Scott E. Frick |
| *Attorneys for Plaintiffs* | sfrick@hsblawfirm.com |
| | *Local Civil Rule 83.01 Counsel\* |
| | Christopher B. Major, NC No. 31663 |
| | E-mail: cmajor@hsblawfirm.com |
| | HAYNSWORTH SINKLER BOYD, P.A. |
| | ONE North Main, 2nd Floor |
| | Greenville, SC 29602 |
| | Phone: (864) 240-3200 |
| | *Attorneys for Defendants Daniel International Corporation, Fluor Daniel Services Corporation,* |

1

December 28, 2021
Greenville, South Carolina

*Fluor Enterprises, Inc., and Fluor Constructors International Inc. on behalf of itself and the incorrectly named defendant Fluor Constructors International, f/k/a Fluor Corporation*

CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system. Notification of such filing was given by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case.

/s/ Moffatt G. McDonald